```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

CURTIS BURNS, Jr.,                    CIVIL CASE NO. 04-40212

          Plaintiff,      HONORABLE PAUL V. GADOLA
v.                                    U.S. DISTRICT JUDGE

COMMISSIONER OF
SOCIAL SECURITY,

          Defendant.
_____/

### JUDGMENT

This action having come before this Court, the Honorable Paul V. Gadola presiding, the issues having been fully presented, the Court being fully advised in the premises, and a ruling having been duly rendered, **IT IS ORDERED AND ADJUDGED** that Plaintiff Curtis Burns, Jr. **TAKE NOTHING** from Defendant, and that the action against Defendant be **DISMISSED** on the merits.

Dated at Flint, Michigan, this 7th day of June, 2005.

                                        DAVID WEAVER
                                        CLERK OF THE COURT

                                   BY: s/Julia L. Delling
                                          DEPUTY CLERK

APPROVED:


s/Paul V. Gadola
HONORABLE PAUL V. GADOLA
UNITED STATES DISTRICT JUDGE

Certificate of Service

I hereby certify that on   June 8, 2005  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
           James Brunson and Kenneth Laritz
                                                    , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:                                   
                                       .


s/Julia L. Delling
Julia L. Delling, Case Manager
(810) 341-7845